Case: 1:19-cv-04742 Document #: 1 Filed: 07/15/19 Page 1 of 6 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

Tonnia Veal )
)
_____, )
)
**Plaintiff(s),** )
)
vs. )
) 19CV4742
VA ) JUDGE ALONSO
) MAG. JUDGE COX
_____, )
)
)
**Defendant(s).** )

RECEIVED
JUL 15 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is ___Tonnia Veal___.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, _____, is
   (name, badge number if known)

   ☐ an officer or official employed by _____;
   (department or agency of government)
   _____or

   ☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official

   acted is_____. As to plaintiff's federal

   constitutional claims, the municipality, township or county is a defendant only if

   custom or policy allegations are made at paragraph 7 below.

6. On or about_____, at approximately _____ ☐ a.m. ☐ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of _____

   _____, in the County of _____,

   State of Illinois, at _____,
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☒ searched plaintiff or his property without a warrant and without reasonable cause;
   ☒ used excessive force upon plaintiff;
   ☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☒ failed to provide plaintiff with needed medical care;
   ☒ conspired together to violate one or more of plaintiff's civil rights;
   ☒ Other:
   _____
   _____

Case: 1:19-cv-04742 Document #: 1 Filed: 07/15/19 Page 3 of 6 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (***Leave blank if no custom or policy is alleged***):_____

_____

_____

_____.

8. Plaintiff was charged with one or more crimes, specifically:

_____

_____

_____

_____

9. (***Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"***) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

_____.

☐ Other: _____.

_____

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*) The Manchurian Conspiracy is still active. It has been extended by General Gordon, Steve Harvey, Goldie Schitz, and Judge Pallmeyer, who have initiated another illegal clinical trial studies (autopsy). As of December 22, 2017 the plaintiff was attacked and held against her will at the Jesse Brown Hospital (Diagnosed at BJ's) by way of restraints. She has received three injections of unknown substance by 3 VA male police officers, one male nurse, and the other three female appeared to be healthcare employees. I have been threatened + violated, again + again, viciously harassed and attacked by members of the Government. This is the second series of injections against my will. I went to the Jesse Brown VA, to have my esophagus and GI tract checked out. Instead, I was diagnosed with low blood and in dire need of a blood transfusion. Jesse Brown VA attacked me by order of a woman who seemingly had mental medical issues

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows: The plaintiff has experienced night sweats, she is in fear of her life, she has experienced gang violence, intimidation invited by General Gordon, Steve Harvey, + Gail Shih, Judge Pallmeyer. The code for programming has been passed around to various individual brains, the programmer placed me in extreme danger.

13. Plaintiff asks that the case be tried by a jury. ☑ Yes ☐ No

4

(pg. 1 of 2) Lin Veal
15 July 2019

Requesting Probate to __enforce (return)__ of Last Will and Inheritance of Mr. Leonard Veal SR., restore my Cardiac and advanced pacemaker, coop/cuppling returned, Compensate for Retirement and Disability Increase, restore rights AND clear all debt, and release m that is from a Hostile Environment holding me hostage byway of devices implanted on my Solar Plexus.

★ __I__ need JAG corp, JAG Hq, SJA & the Justice Dept from Tampa, Fl along with those individuals from Hillsborough to __reopen__ this case with a sense of urgency as well as act on all others cases. Joseph Turner and James McKay Jr have been appointed by the court as of 2018. If these individuals fail to reopen, instantly provide competent, well-versed, integrity good character, mental fortitude members of Bar Association byway of the Justice Dept + JAG Hq asap.

Case: 1:19-cv-04742 Document #: 1 Filed: 07/15/19 Page 6 of 6 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☐ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _Tonnia Veel_

Plaintiff's name *(print clearly or type)*:_____

Plaintiff's mailing address:_____

City_____ State_____ ZIP_____

Plaintiff's telephone number: (   ) _____.

Plaintiff's email address *(if you prefer to be contacted by email)*:_____

_____

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5